FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00373-CR

Hector **RIVERA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000096D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellant's brief is due September 16, 2022. He has filed a motion for a ninety-day extension of time to file the brief. The motion is **granted in part**. We **order** appellant's brief to be filed no later than **November 15, 2022**. Counsel is cautioned that the court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4TH TEX. APP. (San Antonio) LOC. R. 8, Notes and Comments.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court